1  KAREN A. CONNOLLY
2  **KAREN A. CONNOLLY, LTD.**
   6600 W. Charleston Blvd., Ste. 124
3  Las Vegas, NV 89146
   Telephone:     (702) 678-6700
4  Facsimile:     (702) 678-6767
   E-Mail:        advocate@kconnollylawyers.com
5  *Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.: 2:24-CR-00040-JCM-MDC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE MOTION DEADLINE, CALENDAR CALL, AND TRIAL** |
| JORGE VILLANUEVA, DAVID C. GALLEGOS, FERNADO BELTRAN and FRANCISCO J. BOJORQUEZ, | (FOURTH REQUEST) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by Defendant FRANCISCO J. BOJORQUEZ, by and through his attorney, JAMES A. ORONOZ, of Oronoz & Ericsson LLC, Defendant JORGE VILLANUEVA, by and through his attorney, KEISHA K. MATTHEWS, Defendant DAVID C. GALLEGOS, by and through his attorney, ANDREW WONG, Defendant FERNANDO BELTRAN, by and through his attorney, KAREN A. CONNOLLY, and the UNITED STATES OF AMERICA, by and through JAMES J. GAETA, Assistant United States Attorney, that the motion deadline, Calendar Call currently scheduled for April 30, 2025, at the hour of 1:30 p.m., and the Trial date currently scheduled for May 5, 2025, at the hour of 1:30 p.m., be vacated and continued for at least ninety (90) days past the current setting to a date and time that is convenient to this Honorable Court. The request for a continuance is based upon the following:

1. Trial in this matter is currently set for May 5, 2025, at 1:30 p.m.

2. Defense counsel for Fernando Beltran has spoken to Assistant United States Attorney James J. Gaeta, and the Government has no objection to the continuance.

3. Defense Counsel for Fernado Beltran has spoken to her client, who is not in custody, and

he does not oppose the continuance.

4. Defendant Francisco Bojorquez is not in custody and does not object to the requested extension.

5. Defense Counsel for Jorge Villanueva has spoken to her client, who is not in custody, and he does not oppose the continuance.

6. Defense Counsel for David C. Gallegos has spoken to his client, who is in custody, and he does not oppose the continuance.

7. This continuance is not sought for purposes of delay, but to allow the parties to continue to attempt to resolve the matter, to allow the parties adequate time to file pretrial motions and prepare for trial, taking into account the exercise of due diligence.

8. The additional time requested herein is not sought for purposes of undue delay.

9. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code § 3161(h)(7)(A), considering the factors under Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv) and Section 3161(h)(1)(D).

DATED this 4 day of April, 2025.

Respectfully Submitted,

/s/ Karen A. Connolly
KAREN A. CONNOLLY
Counsel for Defendant
Fernando Beltran

/s/ James J. Gaeta
JAMES J. GAETA
Assistant United States Attorney

/s/ James A. Oronoz
JAMES A. ORONOZ
Counsel for Defendant
Francisco J. Bojorquez

/s/ Keisha K. Matthews
KEISHA K. MATTHEWS
Counsel for Defendant
Jorge Villanueva

/s/ Andrew Wong
ANDREW WONG
Counsel for Defendant
David C. Gallegos

2025-03-20 Stip to Cont.wpd                    2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE VILLANUEVA, DAVID C. GALLEGOS, FERNADO BELTRAN and FRANCISCO J. BOJORQUEZ,<br><br>Defendant. | CASE NO.: 2:24-CR-00040-JCM-MDC<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**<br>(FOURTH REQUEST) |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing, therefore, the Court finds:

1. Trial in this matter is currently set for May 5, 2025, at 1:30 p.m.

2. Defense counsel for Fernando Beltran has spoken to Assistant United States Attorney James J. Gaeta, and the Government has no objection to the continuance.

3. Defense Counsel for Fernando Beltran has spoken to her client, who is not in custody, and he does not oppose the continuance.

4. Defendant Francisco Bojorquez is not in custody and does not object to the requested extension.

5. Defense Counsel for Jorge Villanueva has spoken to her client, who is not in custody, and he does not oppose the continuance.

6. Defense Counsel for David C. Gallegos has spoken to his client, who is in custody, and he does not oppose the continuance.

7. This continuance is not sought for purposes of delay, but to allow the parties to continue to attempt to resolve the matter, to allow the parties adequate time to file pretrial motions and prepare for trial, taking into account the exercise of due diligence.

8. The additional time requested herein is not sought for purposes of undue delay.

2025-03-20 Stip to Cont.wpd               3

9. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code § 3161(h)(7)(A), considering the factors under Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv) and Section 3161(h)(1)(D).

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendants sufficient time and the opportunity within which to be able to prepare effectively and thoroughly for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code § 3161(h)(7)(A), considering the factors under Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

### ORDER

IT IS THEREFORE ORDERED that the calendar call currently scheduled for April 30, 2025, at the hour of 1:30 p.m. be vacated and continued to the **6th day of August 2025,** at the hour of **1:30 p.m.**

IT IS FURTHER ORDERED that the jury trial currently scheduled for May 5, 2025, at the hour of 1:30 p.m. be vacated and continued to the **11th day of August, 2025,** at the hour of **9:00 a.m.**

IT IS FURTHER ORDERED that the parties shall have up to and including the **18th day of June 2025, t**o file any and all pre-trial motions and notices of defense.

DATED April 7, 2025.

_____
UNITED STATES DISTRICT JUDGE