**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

DAVID GALLEGOS,

      Defendant.

Case No. 2:24-cr-40-GMN-MDC

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    Defense counsel wishes to withdraw the Sentencing Memorandum [ECR #90] filed on January 13, 2026 and to amend the sentencing memorandum.

2.    In order to give the government sufficient time to respond to the amended defense sentencing memorandum, the parties agree to a brief continuance of sentencing.

3.    The defendant is in custody and does not object to the continuance.

4.    The parties agree to the continuance.

5.    The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6.    Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial

Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

### ORDER

IT IS ORDERED that the sentencing scheduled for January 21, 2026 is vacated and continued to:  February 9, 2026, at 10:00 a.m.                              .

DATED: January 19, 2026.

_____
UNITED STATES DISTRICT JUDGE